**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AYANA L. DENHAM,<br><br>　　　Plaintiff,<br><br>v.<br><br>INTER-COM SECURITY SYSTEMS, INC.,<br>et al.,<br><br>　　　Defendants. | Case No. 2:26-cv-00955-JAD-NJK<br><br>**Order** |

Plaintiff having paid the filing fee, Docket No. 5, the Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket.  Plaintiff must complete service within 90 days of this order.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:  June 4, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1